IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MCKINLEY CLARK,

        Plaintiff,

vs.                                    Case No. 2:11–cv–470

MICHAEL J. ASTRUE, Commissioner      Judge Watson
of Social Security,                        Magistrate Judge King

        Defendant.

### ORDER

On July 6, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner of Social Security for further consideration of the opinions of Plaintiff's treating physician, Andrew Su, M.D. *Report and Recommendation*, ECF. No. 20. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation*, ECF No. 20, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSE**D and the action is **REMANDED** to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further consideration of the opinions of plaintiff's treating physician, Andrew Su, M.D.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT