IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MCKINLEY CLARK,

                    Plaintiff,

          vs.                                              Case No. 2:11–cv–470

MICHAEL J. ASTRUE, Commissioner                           Judge Watson
of Social Security,                                       Magistrate Judge King

                    Defendant.

## ORDER

On July 6, 2012, the United States Magistrate Judge recommended that the

decision of the Commissioner be reversed and that the action be remanded to the

Commissioner of Social Security for further consideration of the opinions of Plaintiff's

treating physician, Andrew Su, M.D. *Report and Recommendation*, ECF. No. 20.

Although the parties were advised of their right to object to the recommendation and of

the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation*, ECF No. 20, is **ADOPTED AND AFFIRMED**.

The decision of the Commissioner is **REVERSE**D and the action is **REMANDED** to the

Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for

further consideration of the opinions of plaintiff's treating physician, Andrew Su, M.D.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of

42 U.S.C. § 405(g).

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT